UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BERNARDO TEHERAN, | : |
| Plaintiff, | : |
| -against- | : |
| PRITCHARD INDUSTRIES, INC., HINES REALTY, MICHAEL MCMOHAN & AMERICAN BUILDING MAINTENANCE, | : |
| Defendants. | : |

05 Civ. 0748 (LAP) (AJP)

**REPORT AND RECOMMENDATION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Chief Magistrate Judge:**

**To the Honorable Loretta A. Preska, United States District Judge:**

Plaintiff's complaint in this action was filed on January 21, 2005. (Dkt. No. 1.)

Rule 4(m) of the Federal Rules of Civil Procedure provides:

Time Limit for Service. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . .

By Order dated February 25, 2005, I advised plaintiff that if the complaint was not properly served under Rule 4(m), that is, by May 23, 2005, I would recommend that the action be dismissed. (Dkt. No. 2.) I also directed plaintiff to provide my chambers with proof of service when

made.  (Id.)  By Memo Endorsed Order dated May 18, 2005, I granted plaintiff's request to extend the deadline for service, until June 17, 2005.  (Dkt. No. 4.)

Plaintiff has not provided my chambers with proof of service on defendants, and a review of the Court's docket sheet for this action discloses that there is no affidavit of service on file with the Clerk's Office.  The Marshal's Office has advised my chambers that they have not received any request from plaintiff to serve defendants.

More than 120 days having passed from the filing of the amended complaint, and the Court having advised plaintiff of his obligations under Fed. R. Civ. P. 4(m), and there being no indication that plaintiff has had the complaint served on defendants, and plaintiff being represented by counsel, I recommend that the Court dismiss plaintiff's complaint without prejudice for failure to timely serve it pursuant to Fed. R. Civ. P. 4(m).  See, e.g., Thompson v. Maldonado, 309 F.3d 107, 110 (2d Cir. 2002).

### FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections.  See also Fed. R. Civ. P. 6.  Such objections (and any responses to objections) shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable Loretta A. Preska, 500 Pearl Street, Room 1320, and to my chambers, 500 Pearl Street, Room 1370.  Any requests for an extension of time for filing objections must be directed to Judge Preska.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  Thomas v. Arn, 474

U.S. 140, 106 S. Ct. 466 (1985); IUE AFL-CIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993), cert. denied, 513 U.S. 822, 115 S. Ct. 86 (1994); Roldan v. Racette, 984 F.2d 85, 89 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir.), cert. denied, 506 U.S. 1038, 113 S. Ct. 825 (1992); Small v. Secretary of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); Wesolek v. Canadair Ltd., 838 F.2d 55, 57-59 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 (2d Cir. 1983); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e).

DATED:   New York, New York
         July 12, 2005

                                              Respectfully submitted,

                                              _____
                                              Andrew J. Peck
                                              United States Chief Magistrate Judge

Copies to:   Bernardo Tcheran (Regular & Certified Mail)
             Judge Loretta A. Preska